**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Theodore HOWZE, Jr., Defendant—Appellant.**

No. 11–7421.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 13, 2012.

Decided: Feb. 24, 2012.

Theodore Howze, Jr., Appellant Pro Se. Robert J. Higdon, Jr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Howze, Jr., appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Howze,* No. 3:98–cr–00299–GCM–1 (W.D.N.C. Sept. 22, 2011). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*